**Ashley Yount**

| | |
|---|---|
| **From:** | Samarripa, Khristel <khristel.samarripa@texasattorneygeneral.gov> |
| **Sent:** | Monday, July 13, 2015 4:41 PM |
| **To:** | Ashley Yount |
| **Cc:** | Katrina McClenny; Cathy Lusk; Samarripa, Khristel |
| **Subject:** | APPEAL RECORD REQUEST |

Hello,

I need to request the following appeal record, please:

Michealle Boston
12-13-00148-CR

Thank you!

*Khristel L. Samarripa*
*Admin. Asst. II*
*Texas Attorney Generals Office*
*Criminal Appeals Division*
*Ph. (512) 475-2074*
*Fax (512) 936-1280*

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 1 2015
TYLER TEXAS
CATHY S. LUSK, CLERK